Commonwealth *v.* Watson, Appellant.

Submitted April 13, 1972. *David J. Greenberg,* and *Rainero, Greenberg & Cercone,* for appellant; *Carol Mary Los,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Wilson, Appellant.

Argued April 13, 1972. *Ewing B. Pollock,* with him *Pollock, Pollock & Thomas,* for appellant; *C. Robert McCall,* Assistant District Attorney, and *W. Bertram Waychoff,* District Attorney, submitted a brief for Commonwealth, appellee.

Appeal quashed.